UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| MICHELLE NITZ SCHAEFER, | )<br>) |
| Plaintiff, | )<br>) Case No. 1:22-cv-00060-PJG<br>) |
| v. | ) Honorable Phillip J. Green<br>) |
| COMMISSIONER OF SOCIAL SECURITY, | ) **JUDGMENT**<br>)<br>)<br>) |
| Defendant. | )<br>) |

In accordance with the court's order entered today:

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is **VACATED** and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.


Date: August 23, 2022              /s/ Phillip J. Green
                                   PHILLIP J. GREEN
                                   United States Magistrate Judge